# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SABRIYA S. COOKS

NO. 2025 KW 1033

**OCTOBER 20, 2025**

---

In Re: Sabriya S. Cooks, applying for supervisory writs, City Court of East St. Tammany, Parish of St. Tammany, No. 2024KC6789.

---

BEFORE: **THERIOT, PENZATO, AND BALFOUR, JJ.**

   **WRIT NOT CONSIDERED.** Relator failed to comply with the affidavit, form, and return date requirements of the Uniform Rules of Louisiana Courts of Appeal, Rules 4-3 and 4-5. Relator failed to comply with Rule 4-5(B), in that the writ application is not properly bound and the pages are not numbered. Relator also failed to comply with Rules 4-5(C)(1), (4), (5) (6), (9), and (10) by failing to include an index, note the issues presented for review and assignments of error, include a copy of the ruling complained of, the opposition to the motion or a statement that no opposing written document was filed, and the pertinent city court minutes. Moreover, although it is not a violation of the Uniform Rules, we note that relator failed to include the transcript of the hearing on the motion to dismiss and a copy of any exhibits introduced at the proceedings. Therefore, this court cannot adequately review the ruling at issue herein. See **City of Baton Rouge v. Plain,** 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT